AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| IN State Council of Carpenters Pension Fund  et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00503-JRS-MKK |
| Dallman Contractors, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.                                                                                                          .

Date:      03/17/2026                                                  /s/ Adam Y. Decker
                                                                                *Attorney's signature*


                                                                 Adam Y. Decker (36407-53)
                                                                 *Printed name and bar number*

                                                                 Johnson & Krol, LLC
                                                                 11611 N. Meridian Street, Suite 310
                                                                 Carmel, Indiana 46032

                                                                 *Address*


                                                                 decker@johnsonkrol.com
                                                                 *E-mail address*


                                                                 (317) 754-8720
                                                                 *Telephone number*


                                                                 (312) 255-0449
                                                                 *FAX number*